**PEGGY COLLEN, ESQ.**
**COLLEN LAW, PLLC**
**17 State Street, 40th Floor**
**New York, New York 10004**
**(646) 238-9757 / pcollen@pcollenlaw.com**

November 11, 2026

**Via Electronic Case Filing**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse,
500 Pearl Street
New York, New York 10007-1312

MEMORANDUM ENDORSED

**Re: Gomez et al. v. PetPivot, Inc. et al., No. 25 Civ. 5622 (LJL) (GWG)**
**Joint Request to Reschedule 11/17/2026 Settlement Conference and Proceed by Video**

Dear Judge Gorenstein:

I represent Plaintiffs Stephanie Gomez and Frank Gueits and submit this jointly approved letter in response to the Court's direction that attorneys in this action confer about the settlement conference's timing and format.

The parties jointly request that the November 17, 2026 settlement conference be adjourned until after expert discovery, which will help clarify our positions and facilitate settlement discussions. We also request that the conference take place entirely by video because Defendant's representative and interpreter live or work more than 100 miles from the courthouse, making in-person attendance difficult. If approved, we will contact the Court after expert discovery to schedule a new date. Thank you for your consideration.

Respectfully submitted,

By: /s/ Peggy L. Collen
Peggy L. Collen, Esq.
Collen Law, PLLC
Attorney for Plaintiffs
17 State Street, 40th Floor
New York, New York 10004
646-238-9757 / pcollen@pcollenlaw.com

The settlement conference is adjourned sine die. The parties shall write to the Court as soon as they are prepared to participate in a settlement conference and shall propose dates convenient for the parties and counsel. The parties' request to proceed by video is also granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 12, 2026